# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BENTLEY, WILLIAM § Case No. 08-17975-BWB
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/18/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/14/2011          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                     Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BENTLEY, WILLIAM § Case No. 08-17975-BWB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,005.30 |
| *and approved disbursements of* | $ 68.72 |
| *leaving a balance on hand of* [1] | $ 11,936.58 |
| **Balance on hand:** | $ 11,936.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,936.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,950.52 | 0.00 | 1,950.52 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 90.00 | 0.00 | 90.00 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 4,670.00 | 0.00 | 4,670.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 73.19 | 0.00 | 73.19 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,056.50 | 0.00 | 1,056.50 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 12.90 | 0.00 | 12.90 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,853.11 |
| Remaining balance: | $ 4,083.47 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    4,083.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    4,083.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,305.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | State Farm Bank, FSB | 22,451.44 | 0.00 | 1,448.18 |
| 4 | Discover Bank/DFS Services LLC | 12,638.11 | 0.00 | 815.20 |
| 5 -3 | CHASE BANK USA, NA | 5,345.29 | 0.00 | 344.78 |
| 6 -3 | CHASE BANK USA, NA | 1,956.12 | 0.00 | 126.17 |
| 7 | Chase Bank USA, NA | 1,364.20 | 0.00 | 87.99 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7,236.79 | 0.00 | 466.79 |
| 9 | LVNV Funding LLC its successors and assigns as | 10,275.73 | 0.00 | 662.81 |
| 10 | LVNV Funding LLC its successors and assigns as | 1,562.62 | 0.00 | 100.79 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 475.50 | 0.00 | 30.67 |

Total to be paid for timely general unsecured claims: $ 4,083.38
Remaining balance: $ 0.09

Tardily filed claims of general (unsecured) creditors totaling $ 2,957.32 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Roundup Funding, LLC | 2,957.32 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.09

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.09

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 08-17975-BWB
William D Bentley                                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 2              Date Rcvd: Oct 17, 2011
                              Form ID: pdf006            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
```
db          +William D Bentley,    2270C Jericho Rd Apt #7,    Montgomery, IL 60538-5679
12406306     AT&T Universal Card,    P.O. Box 688907,    Des Moines, IA 50368-8907
12406307    +Atty Michael Dimand,    5 E Wilson St,    Batavia, IL 60510-2656
12406309     Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
12601264    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12406311     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
12406313    +Chase,    PO Box 15678,    Wilmington, DE 19850-5678
12406312     Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
12406314     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12606567     Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12406316    +Citi Cards,    4600 Houston Rd,    Florence, KY 41042-4820
12406315    +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
12406317    +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
12406318    +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
12406325     GM Card,    Cardmember Services,    P.O. 37281,    Baltimore, MD 21297-3281
12406324     GM Card,    Customer Center,    P.O. Box 80082,    Salinas, CA 93912-0082
12406326     GMAC,    PO Box 9001952,    Louisville, KY 40290-1952
12406329     HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
12406328     HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
12406327     Holly Ridge Apartments,    Montgomery, IL 60538
12406334     MBNA,    PO Box 15137,    Wilmington, DE 19886-5137
12406330    +Malcolm's Gerald and Assocs.,    332 Michigan Ave., Suite 600,    Chicago, IL 60604-4318
12406331    +Maria S. Bentley,    2255 Lowry St,    Aurora, IL 60506-5640
12406333    +Maria Sabado Bentley,    2255 Lowry Street,    Aurora, IL 60506-5640
12406336     NCO Financial Systems Inc,    570 Prudential Road,    Horsham, PA 19044
12446737    +Roger Jones,    C/O Goldberg Weisman Cairo,    One E Wacker Dr Ste 3800,    Chicago, IL 60601-1813
12406339     Sears,    PO Box 6922,    The Lakes, NV 88901-6922
12406340    +State Farm Bank FSB,    c/o Mulherin Rehfeldt & Varchetto,    211 S Wheaton ASve. Ste 200,
              Wheaton, IL 60187-5251
12526236     State Farm Bank, FSB,    Attn: BCC Bankruptcy,    P.O. Box 2328,    Bloomington, IL 61702-2328
12406341     Target National Bank,    C/O Target Credit Services,    P.O. Box 59317,
              Minneapolis, MN 55459-0317
12406345     WFNNB - Valley City Furniture,    Bankruptcy Department,    P.O. Box 182125,
              Columbus, OH 43218-2125
12406346     WFNNB - Victoria's Secret,    P.O. Box 659728,    San Antonio, TX 78265-9728
12406342     Wells Fargo Home Mortage,    PO Box 10335,    Des Moines, IA 50306-0335
12406343     Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12406304    +E-mail/PDF: recoverybankruptcy@afninet.com Oct 18 2011 03:07:55     Afni, Inc,    PO Box 20939,
              Ferndale, MI 48220-0939
12406305     E-mail/PDF: recoverybankruptcy@afninet.com Oct 18 2011 03:07:55     Afni, Inc.,    404 Brock Dr.,
              PO Box 3427,    Bloomington, IL 61702-3427
12406310    +E-mail/Text: cms-bk@cms-collect.com Oct 18 2011 02:15:06     Capital Management Services, LP,
              726 Exchange St, Ste 700,    Buffalo, NY 14210-1464
12406319     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2011 03:10:16     Discover Financial Services,
              P.O. Box 3008,    New Albany, OH 43054-3008
12532120     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2011 03:10:16
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
12406320     E-mail/Text: collections@earthmovercu.com Oct 18 2011 02:15:28     Earthmover Credit Union,
              PO Box 2937,    Aurora, IL 60507-2937
12852521     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2011 03:07:42
              FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
12406323     E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13     GE Money Bank,    PO Box 981127,
              El Paso, TX 79998-1127
12406322     E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13     GE Money Bank,    P.O. Box 960061,
              Orlando, FL 32896-0061
12406321    +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13     GE Money Bank,
              Attn: Bankruptcy Dept.,    P.O. Box 103106,    Roswell, GA 30076-9106
12681368     E-mail/Text: resurgentbknotifications@resurgent.com Oct 18 2011 02:12:39
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12681366     E-mail/Text: resurgentbknotifications@resurgent.com Oct 18 2011 02:12:39
              PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12406338     E-mail/Text: SBONNEMA@ROGENT.COM Oct 18 2011 02:14:00     Rogers & Hollands,
              8019 Innovation Way,    Chicago, IL 60682-0080
12406337    +E-mail/Text: SBONNEMA@ROGENT.COM Oct 18 2011 02:14:00     Rogers & Hollands,    PO Box 879,
              Matteson, IL 60443-0879
13031592     E-mail/PDF: BNCEmails@blinellc.com Oct 18 2011 03:10:13     Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
```

```
District/off: 0752-1           User: mhenley              Page 2 of 2                   Date Rcvd: Oct 17, 2011
                               Form ID: pdf006           Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12406344     +E-mail/Text: ebnsterling@weltman.com Oct 18 2011 02:13:10      Weltman, Weinberg & Reis Co L.P.A.,
               175 S 3rd St, Ste 900,   Columbus, OH 43215-5177
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14361695*      CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
14361689*      CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12406332*      Maria S. Bentley,   2255 Lowry St,   Aurora, IL 60506-5640
12406308     ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
12406335     ##MBNA America,   PO Box 15026,   Wilmington, DE 19850-5026
                                                                                        TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                        **Signature:**  _Joseph Speetjens_